[No. 22405-4-II.    Division Two.    April 30, 1999.]

HAROLD D. STEWART, *Respondent*, v. WARREN HARRIS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-2-00550-5, F. Mark McCauley, J., entered September 4, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 22656-1-II.    Division Two.    April 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DIXON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-03106-4, Rudolph J. Tollefson, J., entered November 12, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Houghton, J.

[No. 22746-1-II.    Division Two.    April 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PATRICK ASHING, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-03681-1, D. Gary Steiner, J., entered December 15, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Houghton, J.

[No. 22802-5-II.    Division Two.    April 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK J. HUGHES, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00470-0, H. John Hall, J., entered December 4, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Seinfeld, J.